UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
No. 1:12-cv-10540-WGY

PATRICK MICHAUD,
          Plaintiffs,

v.

LAWRENCE A. CALDERONE, KENNETH KELLY, JEFFREY FIRNSTEIN, ROBERT SHEETS, AND CITY OF BOSTON,
          Defendants.

### DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE ANY REFERENCE BY PLAINTIFF OR HIS COUNSEL TO THE POTENTIAL INDEMNIFICATION OF THE OFFICERS

Now come the Defendants and respectfully move *in limine* to exclude from evidence any testimony, argument, or reference to the possibility that the City of Boston would indemnify a judgment against Officers Calderone, Firnstein, and former Boston police lieutenant, Sheets. The Plaintiff should not be permitted to mention or introduce any evidence of indemnification by the City of Boston ("City"). Federal Rule of Evidence 411 provides "Evidence that a person was or was not insured against liability is not admissible upon the issue whether the person acted negligently or otherwise wrongfully." References to the fact that the officers may be indemnified by the City will be equally as prejudicial as the references to insurance coverage prohibited under Rule 411. Such a reference is particularly prejudicial to the extent that some jurors may consider the City as a "deep pocket". Whether the officers will be indemnified by the City of Boston is not material to any issue in this case. Any such evidence may prejudice him and prevent him from receiving a fair trial. Federal Rule of Evidence 403. As such, the Plaintiff and

his counsel should not be permitted to make references to the possible indemnification of the individual police officers.

                Respectfully submitted,

                DEFENDANTS
                William F. Sinnott
                Corporation Counsel
                By their attorney:

                /s/ Lisa Skehill Maki
                Lisa Skehill Maki, BBO # 675344
                Senior Assistant Corporation Counsel
                Dawn M. King, BBO # 661669
                Senior Assistant Corporation Counsel
                City of Boston Law Department, Room 615
                Boston, MA 02201
                (617) 635-4022 (Maki)
                (617) 635-4023 (King)
                Lisa.maki@boston.gov
                Dawn.King@boston.gov

## CERTIFICATE OF SERVICE

    I, Lisa Skehill Maki, counsel for the Defendants do hereby certify that on this date I served upon counsel for all parties a copy of the instant motion.

DATE: 1/2/14                /s/ Lisa Skehill Maki
                                  Lisa Skehill Maki