# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**CIVIL ACTION**
**No. 1:12-cv-10540-WGY**

---

**PATRICK MICHAUD,**
              **Plaintiff,**

**v.**

**LAWRENCE A. CALDERONE,**
**KENNETH KELLY, JEFFREY**
**FIRNSTEIN, ROBERT SHEETS, AND**
**CITY OF BOSTON,**
              **Defendants.**

---

## DEFENDANTS' MOTION *IN LIMINE* TO CALL PLAINTIFF AND DEFENSE WITNESS ERIKA BRADLEY OUT OF ORDER ON JANUARY 6, 2013

Now come the Defendants and request that plaintiff and defense witness Erika Bradley be called out of order.  As grounds, the Defendants state that Officer Bradley will be out of state on a pre-planned trip to accompany her daughter to Howard University in Washington D.C from January 7, 2013 to January 12, 2013.  Officer Bradley is available to testify on January 6, 2013 but is unavailable to testify the remainder of the week due to her previously scheduled trip.  Officer Bradley is both a plaintiff and a defense witness.  Chronologically, Officer Bradley's involvement occurs at the beginning of the underlying factual scenario.  Indeed, Officer Bradley is the front desk officer that originally took the victim's complaint.  Thus, taking Officer Bradley's testimony out of order will not confuse the jury, interfere with the chronological timeline of the case, or prejudice the plaintiff because she is also listed as one of his witnesses.

1

Respectfully submitted,

DEFENDANTS, LAWRENCE CALDERONE,
ROBERT SHEETS, JEFFREY FIRNSTEIN, and
THE CITY OF BOSTON
William F. Sinnott
Corporation Counsel
By their attorney:


/s/ Lisa Skehill Maki
Lisa Skehill Maki, BBO # 675344
        Senior Assistant Corporation Counsel
        Dawn M. King, BBO # 661669
        Senior Assistant Corporation Counsel
        City of Boston Law Department, Room 615
        Boston, MA 02201
        (617) 635-4022 (Maki)
        (617) 635-4023 (King)
        Lisa.maki@boston.gov
        Dawn.King@boston.gov


**CERTIFICATE OF SERVICE**

    I, Lisa Skehill Maki, counsel for the Defendants do hereby certify that on this date I served
upon counsel for all parties a copy of the instant motion.


    DATE: 1/2/14                /s/ Lisa Skehill Maki
                                Lisa Skehill Maki