**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CIVIL ACTION**
**No. 1:12-cv-10540-WGY**

**PATRICK MICHAUD,**
         **Plaintiff,**

v.

**LAWRENCE A. CALDERONE, KENNETH KELLY, JEFFREY FIRNSTEIN, ROBERT SHEETS, AND CITY OF BOSTON,**
         **Defendants.**

**DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE THE TESTIMONY OF JOSEPH GRIFFIN, KATHLEEN MURPHY AND BEVERLY MURPHY**

Now come the Defendants and move *in limine* to preclude the testimony of Joseph Griffin, Kathleen Murphy and Beverly Murphy. It is unknown what testimony Plaintiff intends to elicit from these witnesses or what possible relevance they could have to this case. They were not listed in Plaintiff's Rule 26 disclosures or in his answers to interrogatories as a potential witness with information regarding his claims. Plaintiff has also failed to disclose under Rule 26 or his discovery responses what relevance these individual have his suit.

It *appears* that Plaintiff intends to introduce testimony, at least of Joseph Griffin and Beverly Murphy, to prove damages relating to the education degree he is currently pursuing at Lesly University because he has a criminal record. However that fact that he has an entry on his CORI record is undisputed and none of these individuals have been identified previously. Defendants do not know what relevance Buckingham, Brown and Nichols has to this case or his damages.

For the reasons set forth above, the Defendants respectfully move this Honorable Court to exclude testimony of Joseph Griffin, Kathleen Murphy and Beverly Murphy

Respectfully submitted,

DEFENDANTS
William F. Sinnott
Corporation Counsel
By their attorney:

/s/ Dawn M. King
Dawn M. (Beauchesne) King, BBO # 661669
Senior Assistant Corporation Counsel
Lisa Skehill Maki, BBO # 675344
Senior Assistant Corporation Counsel
City of Boston Law Department, Room 615
Boston, MA 02201
(617) 635-4023 (King)
(617) 635-4022 (Maki)
Dawn.King@boston.gov
Lisa.maki@boston.gov

## CERTIFICATE OF SERVICE

I, Dawn M. King, counsel for the Defendants do hereby certify that on this date I served upon counsel for all parties a copy of the instant motion.

DATE: 1/2/14                    /s/ Dawn M. King
                                Dawn M. King