UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
No. 1:12-cv-10540-WGY

PATRICK MICHAUD,
        Plaintiff,

v.

LAWRENCE A. CALDERONE, KENNETH KELLY, JEFFREY FIRNSTEIN, ROBERT SHEETS, AND CITY OF BOSTON,
        Defendants.

**DEFENDANTS' MOTION *IN LIMINE* FOR A SUPPLEMENTAL PRE-CHARGE**

Now come the Defendants and supplement their previous request for a Pre-Charge to the jury. The Defendants request that the jury be instructed as to the crime of assault with a deadly weapon as follows:

An assault is defined as either an attempt to use physical force on another, or as a threat of use of physical force. The latter requires a showing that the defendant engaged in objectively menacing conduct with the intent to put the victim in fear or apprehension of immediate bodily harm. The victim's apprehension of imminent physical harm must be reasonable. The determination of the reasonableness of the apprehension requires assessment of the actions and words of the defendant in light of the attendant circumstances. *Commonwealth v. Werner*, 73 Mass.App.Ct. 97, 102 (2008).

1

Respectfully submitted,

DEFENDANTS, LAWRENCE
CALDERONE, ROBERT SHEETS,
JEFFREY FIRNSTEIN, and THE CITY OF
BOSTON
William F. Sinnott
Corporation Counsel
By their attorney:

/s/ Lisa Skehill Maki
Lisa Skehill Maki, BBO # 675344
Senior Assistant Corporation Counsel
Dawn M. King, BBO # 661669
Senior Assistant Corporation Counsel
City of Boston Law Department, Room 615
Boston, MA 02201
(617) 635-4022 (Maki)
(617) 635-4023 (King)
Lisa.maki@boston.gov
Dawn.King@boston.gov

**CERTIFICATE OF SERVICE**

   I, Lisa Skehill Maki, counsel for the Defendants do hereby certify that on this date I served upon counsel for all parties a copy of the instant motion.

   DATE: 1/2/14          /s/ Lisa Skehill Maki
                          Lisa Skehill Maki