UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
No. 1:12-cv-10540-WGY

PATRICK MICHAUD,
    Plaintiff,

v.

LAWRENCE A. CALDERONE,
KENNETH KELLY, JEFFREY
FIRNSTEIN, ROBERT SHEETS, AND
CITY OF BOSTON,
    Defendants.

## DEFENDANTS' MOTION *IN LIMINE* TO HAVE THE COURT ADVISE THE JURY OF WITNESS KENNETH KELLY'S DEATH

Now come the Defendants and hereby move *in limine* to have this Honorable Court instruct the jury that witness and former defendant, Kenneth Kelly, is not available to testify because he passed away in March of last year. The Defendants request that such an instruction be given because the testimony at trial will show that Officer Kenneth Kelly was present at the time of the plaintiff's arrest. There is no doubt that the jury may speculate as to the reasons why Officer Kelly is not present in court to testify during trial. To prevent such speculation, the Defendants ask that the Court advise the jury that Officer Kelly passed away last year and is therefore, unable to testify.

Respectfully submitted,

DEFENDANTS, LAWRENCE CALDERONE, ROBERT SHEETS, JEFFREY FIRNSTEIN, and THE CITY OF BOSTON
William F. Sinnott
Corporation Counsel
By their attorney:

/s/ Lisa Skehill Maki
Lisa Skehill Maki, BBO # 675344
Senior Assistant Corporation Counsel
Dawn M. King, BBO # 661669
Senior Assistant Corporation Counsel
City of Boston Law Department, Room 615
Boston, MA 02201
(617) 635-4022 (Maki)
(617) 635-4023 (King)
Lisa.maki@boston.gov
Dawn.King@boston.gov

## CERTIFICATE OF SERVICE

I, Lisa Skehill Maki, counsel for the Defendants do hereby certify that on this date I served upon counsel for all parties a copy of the instant motion.

DATE: 1/3/14              /s/ Lisa Skehill Maki
                          Lisa Skehill Maki