UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICK MICHAUD,<br><br>    Plaintiff,<br>    v.<br><br>LAWRENCE A. CALDERONE,<br>KENNETH KELLY, JEFFREY FIRNSTEIN,<br>ROBERT SHEETS AND CITY OF<br>BOSTON,<br><br>    Defendants. | C. A. No. 12-cv-10540-WGY |

## NOTICE OF APPEARANCE OF LEONARD E. MILLIGAN III

Respectfully Submitted,

Dated: January 3, 2014    /s/ *Leonard E. Milligan III*
Leonard E. Milligan III (BBO #668836)
MILLIGAN COUGHLIN LLC
Seven Liberty Square, 2nd Floor
Boston, Massachusetts 02109
Email: lem@milligancoughlin.com
Tel: (617) 758-8800
Fax: (855) 758-8811

*Attorney for Plaintiff Patrick Michaud*

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2014, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of this Court's CM/ECF system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's CM/ECF system. Paper copies will be sent this day to non-registered participants.

/s/ *Leonard E. Milligan III*