UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICK MICHAUD<br><br>    Plaintiff,<br><br>    v.<br><br>LAWRENCE A. CALDERONE,<br>KENNETH KELLY, JEFFREY FIRNSTEIN,<br>ROBERT SHEETS and CITY OF BOSTON<br><br>    Defendants. | CIVIL ACTION NO.<br>1:12-CV-10540-WGY |

**PLAINTIFF'S MOTION *IN LIMINE* TO EXCLUDE EVIDENCE OF
OR REFERENCES TO PLAINTIFF'S UNRELATED LAWSUITS**

Plaintiff Patrick Michaud ("Plaintiff") requests this Court preclude any evidence relating to Plaintiff's unrelated lawsuits. Such evidence should be excluded because it is not relevant to the present case. Even if the evidence were relevant, its minimal probative value is substantially outweighed by the danger of unfair prejudice, confusing the issues, and misleading the jury.

## ARGUMENT

The present case, between the Plaintiff and the City of Boston and its police officers, concerns whether Defendants violated Plaintiff's civil rights. Defendants will likely seek to introduce evidence of previous and current unrelated lawsuits involving the Plaintiff in an effort to paint the Plaintiff as litigious, greedy, or to prove a bad character. None of those purposes is admissible under Fed. R. Evid. 404(b).

The other lawsuits are also not relevant to other issues in the litigation that would permit bypassing Rule 404(b).  In none of these lawsuits does Plaintiff (or anyone else) claim a false arrest.  Rather these prior lawsuits involve run-of-the-mill building and contractor disputes between the Plaintiff and parties unconnected to this litigation. For that reason, the discrete events and unique facts of those lawsuits have no place in this litigation, as they would not tend to make any fact of consequence *in this case* more or less probable. *See* Fed. R. Evid. 401.

But even if the City of Boston could weave together an elaborate theory of relevance, Plaintiff's private lawsuits would have very little probative value and would instead distract from the issues of the case, confuse the jury, and be unfairly prejudicial to the Plaintiff. *See* Fed. R. Evid. 403.

## **CONCLUSION**

For the reasons set forth above, the Defendants and their counsel should be prohibited from introducing evidence of or making any reference to the Plaintiff's other unrelated lawsuits because the evidence is not relevant to the Plaintiff's claims and is precluded by Rules 403 and 404(b).

                                       Respectfully submitted,

January 5, 2014                   /s/ *Ilyas J. Rona*
                                       Ilyas J. Rona (BBO # 642964)
                                       Milligan Coughlin LLC
                                       Seven Liberty Square, 2nd floor,
                                       Boston, MA 02109
                                       (617) 758-8800
                                       ijr@milligancoughlin.com

                                       *Attorney for Plaintiff Patrick Michaud*

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2014, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of this Court's CM/ECF system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's CM/ECF system. Paper copies will be sent this day to non-registered participants.

                                       /s/ *Ilyas J. Rona*