UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICK MICHAUD<br><br>    Plaintiff,<br><br>    v.<br><br>LAWRENCE A. CALDERONE,<br>KENNETH KELLY, JEFFREY FIRNSTEIN,<br>ROBERT SHEETS and CITY OF BOSTON<br><br>    Defendants. | CIVIL ACTION NO.<br>1:12-CV-10540-WGY |

**PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION *IN LIMINE* TO HAVE THE COURT ADVISE THE JURY OF WITNESS KENNETH KELLY'S DEATH**

    Plaintiff Patrick Michaud ("Plaintiff") hereby opposes the Defendants motion *in limine* to have the court advise the jury of witness Kenneth Kelly's death. The Court has already dismissed Mr. Kelly from the case (Docket No. 73) and thus there is no need to mention his name. His name will not be read as a party, nor was his version of events crucial to any disputed issues.

    Plaintiff respectfully suggests that the best course to not mention the Mr. Kelly's availability or unavailability one way or the other. Neither side would be prejudiced by this proposal. While the Defendants are correct that a juror could speculate on the absence of Mr. Kelly, such speculation would run wild if jurors were apprised of his death. It would be natural to wonder about the cause of his death and whether it was connected either to this case or to his

law enforcement duties. Such speculation will be prejudicial to the Plaintiff as it might engender sympathy for the other Defendants, or suggest (incorrectly) that he died in the line of duty. The reason for Mr. Kelly's unavailability is unnecessary and will not aid in the jury's ability to interpret the facts of this case.

Accordingly, Plaintiff suggests that the Court not mention Mr. Kelly's death or his absence. If the Court is inclined to inform the jury about Mr. Kelly's absence, the Plaintiff requests that the Court explain simply that Mr. Kelly is not part of the trial and his absence is justified.

Respectfully submitted,

January 5, 2014         /s/ *Ilyas J. Rona*
                        Ilyas J. Rona (BBO # 642964)
                        Milligan Coughlin LLC
                        Seven Liberty Square, 2nd floor,
                        Boston, MA 02109
                        (617) 758-8800
                        ijr@milligancoughlin.com

                        *Attorney for Plaintiff Patrick Michaud*

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2014, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of this Court's CM/ECF system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's CM/ECF system. Paper copies will be sent this day to non-registered participants.

/s/ *Ilyas J. Rona*