UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICK MICHAUD<br><br>    Plaintiff,<br><br>    v.<br><br>LAWRENCE A. CALDERONE,<br>KENNETH KELLY, JEFFREY FIRNSTEIN,<br>ROBERT SHEETS and CITY OF BOSTON<br><br>    Defendants. | CIVIL ACTION NO.<br>1:12-CV-10540-WGY |

**PLAINTIFF'S MOTION TO VOLUNTARILY
DISMISS COUNTS II, VII, VIII, AND IX**

Pursuant to Fed. R. Civ. P. 41(2), in an effort to narrow the issues for trial, Plaintiff Patrick Michaud moves to voluntarily dismiss the following causes of action in his Second Amended Complaint (Docket. No. 44):

A. **COUNT II: M.G.L. C. 12, § 11H & I**
    (as to Defendants Calderone, Sheets, and Firnstein).

B. **COUNT VII: Intentional Infliction of Emotional Distress**
    (as to Defendants Calderone, Sheets, and Firnstein).

C. **COUNT VIII: Defamation**
    (as to Defendants Calderone, Sheets and City of Boston).

D. **COUNT IX: Conspiracy to Violate Constitutional Rights**
    (as to Defendants Calderone, Sheets and City of Boston).

        Respectfully submitted,

January 5, 2014        /s/ *Ilyas J. Rona*
        Ilyas J. Rona (BBO # 642964)
        Milligan Coughlin LLC
        Seven Liberty Square, 2nd floor,
        Boston, MA 02109
        (617) 758-8800
        ijr@milligancoughlin.com

        *Attorney for Plaintiff Patrick Michaud*

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2014, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of this Court's CM/ECF system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's CM/ECF system. Paper copies will be sent this day to non-registered participants.

        /s/ *Ilyas J. Rona*